Leonard C. Reid, appellee, v. George G. West, trading as Perfection Auto Station, and Meyer Rothschild, defendants, on appeal of Meyer Rothschild, appellant. Gen. No. 36,239.

610

 Opinion filed October 25, 1933. Rehearing denied November 7, 1933.

Samuel S. Siegel and Harry Leviton, for appellant. Litsinger, Healy, Reid & Bye, for appellee.

Mr. Justice Hebel delivered the opinion of the court.